USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEWAYNE BOONE,

                Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, *et al.*,

                Defendants.

No.   20-CV-9409 (RA) (SDA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On June 30, 2021, Defendants City of New York, Cynthia Brann, Patsy Yang, and Margaret Egan filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6). Service was made by mail on the same day. Dkt. 30. Pursuant to the Court's individual rules, Plaintiff's response to Defendants' motion was due by July 28, 2021. The Court has not received a response. No later than September 7, 2021, Plaintiff shall file either a response to Defendants' motion or a letter indicating that he does not intend to file a response. If Plaintiff chooses not to submit a response to the motion to dismiss, the Court will deem the motion fully briefed and take it under submission. If, however, Plaintiff does not respond to this Order, either by responding to the motion to dismiss or submitting a letter indicating that he does not intend to do so, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

      Defendants shall promptly serve this Order on Plaintiff, along with a copy of the notices required under Local Civil Rules 12.1 or 56.2, and file proof of such service on the docket.

SO ORDERED.

Dated:    August 3, 2021
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge