USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEWAYNE BOONE,

                Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, *et al.*,

                Defendants.

No. 20-CV-9409 (RA) (SDA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On June 30, 2021, Defendants City of New York, Cynthia Brann, Patsy Yang, and Margaret Egan filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6), and served Plaintiff by mail, Dkt. 30. Having not received a response to that motion, the Court ordered Plaintiff to either file a response or inform the Court that he does not intend to do so, by no later than September 7, 2021.

The Court has not received any response to that Order. Plaintiff shall do so by October 15, 2021. **If Plaintiff does not respond to this Order, either by responding to the motion to dismiss or submitting a letter indicating that he does not intend to do so, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)**.

Defendants shall promptly serve this Order on Plaintiff and file proof of such service on the docket.

SO ORDERED.

Dated:    September 13, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge