```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEWAYNE BOONE,

                Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, *et al.*,

                Defendants.

No. 20-CV-9409 (RA) (SDA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On June 30, 2021, Defendants City of New York, Cynthia Brann, Patsy Yang, and Margaret Egan filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6), and served Plaintiff by mail. Dkt. 30. Having not received a response to that motion, the Court ordered Plaintiff to either file a response or inform the Court that he does not intend to do so by no later than September 7, 2021. The Court received no response to that Order. On September 13, 2021, the Court again ordered Plaintiff to either file a response to the motion to dismiss or inform the Court that he does not intend to do so by no later than October 15, 2021. The Court warned that if Plaintiff did not so respond, "the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)."

      The Court has not received a response from Plaintiff. In light of Plaintiff's pro se and incarcerated status, the Court will offer one more opportunity for him to respond. Plaintiff must respond to this order by no later than November 19, 2021. If Plaintiff does not respond by then, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    October 22, 2021
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge